*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 22, 2016                    522504
_____

In the Matter of JASPER
    MITCHELL,
                          Petitioner,

            v                                    MEMORANDUM AND JUDGMENT

DEPARTMENT OF CORRECTIONS AND
    COMMUNITY SUPERVISION,
                          Respondent.
_____

Calendar Date:  August 8, 2016

Before:  Peters, P.J., McCarthy, Garry, Lynch and Mulvey, JJ.

_____

        Jasper Mitchell, Coxsackie, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a determination rendered after a tier III disciplinary
hearing finding him guilty of violating a prison disciplinary
rule.  The Attorney General has advised this Court that the
determination has since been administratively reversed, all
references thereto have been expunged from petitioner's
institutional record and the $5 mandatory surcharge has been
refunded to petitioner's inmate account.  In view of this, and
given that petitioner has received all of the relief to which he

is entitled, the petition must be dismissed as moot (see Matter of Tolliver v Fischer, 140 AD3d 1507 [2016]; Matter of Ballard v Racette, 140 AD3d 1428 [2016]).  We note that petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (see Matter of Thompson v Annucci, 140 AD3d 1521 [2016]; Matter of Khudan v Annucci, 139 AD3d 1198 [2016]).

Peters, P.J., McCarthy, Garry, Lynch and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court